UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:02-cr-00193-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | January 18, 2008 |
| JORGE MARTIN GRANADOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant's Motion for Speedy Resolution of Pending Charges by Federal Inmate Under Interstate Agreement on Detainers (#24) and Government's Response (#26). A review of the records indicates that Judgment was filed on Defendant in the Federal District of Nevada on April 1, 2003, and there are currently no charges pending against Defendant in the Federal District of Nevada. Defendant may have state charges pending in Nevada or California, and therefore, Defendant's demand needs to be served on state authorities.

    It appearing that there are no pending federal charges in the United States District Court, District of Nevada, Defendant's motion (#24) is DENIED as moot.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
    Deputy Clerk